UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CYPRIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.D. LOZANO, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-1925-EFB P<br><br><br>ORDER |

　　Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a ninety-day extension of time to file his amended complaint pursuant to the court's April 7, 2020 order.

　　Plaintiff's request (ECF No. 10) is granted and plaintiff has 90 days from the date this order is served to file his amended complaint. Given the length of the extension granted herein, the court is not inclined to further extend the time absent a showing of good cause.

　　So ordered.

Dated: May 6, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE